IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CV 434

| | | |
|---|---|---|
| DAWN JACK, | ) | |
| Plaintiff | ) | |
| V | ) | **ORDER** |
| GC SERVICES L.P., | ) | |
| Defendant | ) | |

**THIS MATTER** is before the court on M. Lynette Hartsell's Application for Admission to Practice *Pro Hac Vice* of David B. Levin. It appearing that David B. Levin is a member in good standing with the Ohio Bar and will be appearing with M. Lynette Hartsell, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that M. Lynette Hartsell's Application for Admission to Practice *Pro Hac Vice* (#3) of David B. Levin is **GRANTED**, and that David B. Levin is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with M. Lynette Hartsell.

Signed: December 10, 2009

Dennis L. Howell
United States Magistrate Judge